IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY STUBBS, | * | |
| | * | |
| Petitioner | * | |
| | * | |
| vs. | * | Civil Action No. 1:15cv872-MHT |
| | * | |
| DEWAYNE ESTES, *et al.*, | * | |
| | * | |
| Respondents. | * | |

**MOTION TO DISMISS**

On November 20, 2015, Mr. Timothy Stubbs filed a petition for writ of habeas corpus, requesting relief from his unconstitutional sentence of mandatory life imprisonment without parole. Mr. Stubbs was seventeen years old at the time of his offense and pled guilty to one count of capital murder-robbery. On May 30, 1989, he was sentenced to life without parole, the mandatory minimum sentence for a 17-year-old child convicted of capital murder in Alabama. See Ala. Code § 13A-6-2(c); Roper v. Simmons, 543 U.S. 551, 578 (2005).

After the decision in Miller v. Alabama, 132 S. Ct. 2455 (2012), which invalidated his mandatory life-without parole sentence, Mr. Stubbs sought relief in

the state courts. On February 4, 2014, the Coffee County Circuit Court denied his petition for relief on the grounds that <u>Miller</u> does not apply retroactively to cases on collateral review. Circuit Court Order, <u>Stubbs v. State</u>, No. CC-1985-27.60 (Coffee Cnty. Ala. Cir. Ct. Feb. 4, 2014). The trial court's decision was affirmed on appeal. <u>Stubbs v. State</u>, No. CR-13-0867 (Ala. Crim. App. Sept. 19, 2014).

After Mr. Stubbs filed his petition in this Court, the United States Supreme Court decided <u>Montgomery v. Louisiana</u>, 136 S. Ct. 718 (2016), establishing the retroactivity of <u>Miller</u>. The Supreme Court also remanded Mr. Stubbs's case for further consideration in light of <u>Montgomery</u>, and the Alabama Court of Criminal Appeals did so as well. <u>Stubbs v. State</u>, No. CR-13-0867 (Ala. Crim. App. Aug. 4, 2016).

On August 19, 2016, the Coffee County Circuit Court issued an order granting relief from Mr. Stubbs's mandatory sentence of life without parole and set the case for further resentencing. Because Mr. Stubbs has obtained the relief requested in his petition for habeas relief, he respectfully moves this Court to dismiss this pending habeas action as moot.

       Respectfully submitted,

       s/ Stephen Chu
       STEPHEN CHU
       Equal Justice Initiative
       122 Commerce Street
       Montgomery, AL 36104
       Phone:    (334) 269-1803
       Fax:       (334) 269-1806
       E-mail:   schu@eji.org


       *Counsel for Mr. Stubbs*

September 16, 2016

## CERTIFICATE OF SERVICE

I certify that on September 16, 2016, I served a copy of the attached pleading by e-mail on:

>Lauren A. Simpson
>Office of the Attorney General
>501 Washington Avenue
>Montgomery, AL 36130-0152
>lsimpson@ago.state.al.us


    /s/ Stephen Chu
   STEPHEN CHU