IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIMOTHY STUBBS,                  )
                                 )
    Petitioner,                  )
                                 )      CIVIL ACTION NO.
    v.                           )       1:15cv872-MHT
                                 )           (WO)
DEWAYNE ESTES, Warden,           )
St. Clair Correctional           )
Facility, and LUTHER             )
STRANGE, Attorney General,       )
State of Alabama,                )
                                 )
    Respondents.                 )
```

## JUDGMENT

Upon consideration of petitioner's motion to dismiss his petition for a writ of habeas corpus (doc. no. 1) as moot, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner Timothy Stubbs's motion to dismiss (doc. no. 15) is granted.

(2) The petition for habeas relief (doc. no. 1) is denied without prejudice as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2016.

                                          /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**